**UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 4:23−cr−00119 |
| § | |
| Martin Skolnik § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty, a presentence report is ordered.

1. By **October 23, 2023**, the initial presentence report must be disclosed to counsel *(about 35 days after determination of guilt)*.

2. By **November 6, 2023**, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection *(14 days after disclosure)*.

3. By **November 20, 2023**, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues *(14 days after disclosure)*.

4. Sentencing is set for **Thursday, November 30, 2023 at 09:00 AM** *(no sooner than 35 days from initial disclosure)*.

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. A defendant who is on bond must go immediately−with a copy of this order−to:

    **United States Probation**
    **Room 2301, 515 Rusk Avenue, Houston**
    **Telephone: (713) 250−5266**

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed August 2, 2023.

_____
Alfred H. Bennett
United States District Judge