| | | |
|---|---|---|
| **BROWNSVILLE**<br>600 E. HARRISON STREET # 103<br>BROWNSVILLE 78520-7122<br>(956) 548-2522<br><br>**HOUSTON**<br>P. O. BOX 61207<br>HOUSTON 77208<br>(713) 250-5266<br><br>**GALVESTON**<br>P. O. BOX 2670<br>GALVESTON 77553-2670<br>(409) 766-3733<br><br>**LAREDO**<br>1300 VICTORIA, SUITE 2111<br>LAREDO 78040<br>(956) 726-2255 | **UNITED STATES DISTRICT COURT**<br>SOUTHERN DISTRICT OF TEXAS<br>PROBATION OFFICE<br> | **CORPUS CHRISTI**<br>1133 N. SHORELINE BLVD.<br>CORPUS CHRISTI 78401<br>(361) 888-3145<br><br>**VICTORIA**<br>P. O. BOX 125<br>VICTORIA 77902-0125<br>(361) 579-6640<br><br>**McALLEN**<br>1701 WEST BUSINESS 83, SUITE 729<br>McALLEN 78501-5159<br>(956) 618-8035 |

United States District Court
Southern District of Texas
**ENTERED**
October 03, 2023
Nathan Ochsner, Clerk

October 1, 2023

**REPLY TO:  HOUSTON**

Andrew M. Edison
U.S. Magistrate Judge
U.S. District Court
Houston, Texas 77002

        RE: Skolnik, Martin
        Case no. 4:23CR0119-001
        **Bond Order Correction**

Dear Judge Edison:

Martin Skolnik appeared before Your Honor on March 30, 2023, for an initial appearance and was ordered released on a $100,000 unsecured bond with conditions of release.

Upon reviewing the bond order, U.S. Probation contacted Case Manager Ruben Castro on May 23, 2023, and requested the conditions ordered be reviewed regarding the defendant's conditions as we believed there was an error on the bond order regarding drug testing. On May 24, 2023, Mr. Castro confirmed condition **7(q) Submit to any testing required by U.S. Pretrial to determine the using of a prohibited substance was not ordered.** A request to correct the bond order was made.

**Recommendation:**
As of this date, the bond order remains with condition 7(q) applied. U.S. Probation is respectfully requesting condition 7(q) be removed from the defendant's supervision conditions effective March 30, 2023, to ensure the defendant has an accurate reflection of the bond conditions that were ordered upon his release.

_Sally Schmitt_ for
Cierria Davis
U.S. Probation Officer
832 570-5640
October 2, 2023

__Cynthia McMurray-Thompkins__
Cynthia McMurray-Thompkins
Supervising U.S. Probation Officer

Order of the Court:

☒ The Court concurs with the recommendation

☐ The Court does not concur with the recommendation

☐ Other: _____

_____
Andrew M. Edison
United States Magistrate Judge

Date _10/3/23_