IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
November 15, 2023
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § | NO. 4:23-CR-00119-1 |
| MARTIN SKOLNIK | § | |

## **ORDER**

Defendant Martin Skolnik's motion to continue sentencing is GRANTED. The sentencing is rescheduled to December 21, 2203 at 9:00 a.m.

SIGNED AND ENTERED on this the 15th day of November, 2023.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE